### SMITH *v.* SMITH.

LUMPKIN, J. Under the evidence the presiding judge did not err in awarding the custody of the child in controversy to its mother.

*Judgment affirmed. All the Justices concur.*

MARCH 11, 1914.

Habeas corpus. Before Judge Wright. Floyd superior court. October 3, 1913.

*John Camp Davis* and *C. A. Thornwell,* for plaintiff.
*John W. Bale,* for defendant.